

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suit 1100*
*White Plains, New York 10606*

April 29, 2026

**BY EMAIL**
The Honorable Victoria Reznik
United States District Court
Southern District of New York
300 Quarropas Street, Room 420
White Plains, New York 10601

> Re:    **Unsealing of Complaint 26 MJ 1425**

Dear Judge Reznik:

The Government respectfully requests that Complaint 26 MJ 1425 be unsealed, as the defendant was arrested on April 23, 2026 in the Middle District of Pennsylvania. A proposed order to that effect is attached.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____
Jake Sidransky
Assistant United States Attorney

Enclosure

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **UNSEALING ORDER** |
| v. | 26 MJ 1425 |
| BETH SAIERS, a/k/a "Beth Young," and | |
| Defendant. | |

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Jay Clayton, by Assistant United States Attorney Jake Sidransky;

It is found that the Complaint in the above-captioned case is currently sealed and the United States Attorney's Office has applied to have that Complaint unsealed, and it is therefore:

ORDERED that the Complaint in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:    White Plains, New York
          April 29 , 2026

_____
HONORABLE VICTORIA REZNIK
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK