AUSAs: Jake Sidransky and Marcia Cohen

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BETH SAIERS,<br>    a/k/a "Beth Young,"<br><br>           Defendant. | **SEALED COMPLAINT** *26 mj 1425*<br><br>Violations of 18 U.S.C. §§ 2251(a) and (e) and 2252A(a)(2)<br><br>COUNTY OF OFFENSE:<br>Putnam |

SOUTHERN DISTRICT OF NEW YORK, ss.:

MATTHEW TUNNEY, being duly sworn, deposes and says that he is a Task Force Officer with the Federal Bureau of Investigation ("FBI"), and charges as follows:

## COUNT ONE
### (Sexual Exploitation of a Child)

1. On or about April 14, 2026, in the Southern District of New York and elsewhere, BETH SAIERS, a/k/a "Beth Young," the defendant, employed, used, persuaded, induced, enticed, and coerced a minor to engage in sexually explicit conduct, and attempted and conspired to do so, for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed, and the visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction was actually transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed, to wit, SAIERS conspired with another individual to use a 1-year-old infant in Putnam County, New York to engage in sexually explicit conduct, photograph and video record the conduct, and transmit the photos and video over the Internet to SAIERS in Pennsylvania.

(Title 18, United States Code, Section 2251(a) and (e).)

## COUNT TWO
### (Receipt of Child Pornography)

2. On or about April 14, 2026, in the Southern District of New York and elsewhere, BETH SAIERS, a/k/a "Beth Young," the defendant, knowingly received and distributed material that contained child pornography using a means and facility of interstate and foreign commerce and that had been mailed and had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit, SAIERS received files containing sexually explicit images of a minor from a computer in Putnam County, New York via a social media application.

(Title 18, United States Code, Sections 2252A(a)(2)(B) and (b)(1).)

The bases for my knowledge and for the foregoing charges are, in part, as follows:

3.      I am an investigator with the Putnam County Sheriff's Office ("PCSO") and a Task Force Officer with the Federal Bureau of Investigation ("FBI"), currently assigned to the FBI's Resident Agency in Westchester County, New York. I have been a Task Force Officer with the FBI since October 2020. I have participated in numerous investigations involving crimes against children, including the receipt, possession, and/or distribution of child pornography by electronic means, sexual exploitation, and enticement of minors. I have gained expertise in these areas through training and daily work related to conducting these types of investigations.

4.      I have been personally involved in the investigation of this matter. This affidavit is based upon my conversations with law enforcement agents and others, and my examination of reports and records. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

5.      On or about April 16, 2026, the Honorable Timothy Curtiss of the Town of Kent Justice Court issued a search warrant ("Warrant-1") authorizing a search of, among other things, (i) a person located in Putnam County, New York ("CC-1"), and (ii) electronically stored information ("ESI") stored on any devices seized from CC-1's person.

6.      Based on my conversations with an Investigator ("Investigator-1") with PCSO who participated in the execution of Warrant-1, I am aware that, while executing Warrant-1, officers seized a smartphone ("Phone-1") from CC-1's person.

7.      Based on my conversations with Investigator-1 and my review of reports and documents maintained by PCSO, I am aware that, on or about April 18, 2026, Investigator-1, who is specially trained in the forensic examination of digital material, began reviewing Phone-1 and identifying material responsive to Warrant-1.

8.      On or about April 19, 2026, Investigator-1 made available to me the ESI from Phone-1 which he had identified as responsive to Warrant-1. Based on my review of this material, I am aware that the user of Phone-1 transmitted sexually explicit images of an infant ("Victim-1") to another individual—who, for the reasons below, I believe to be BETH SAIERS, a/k/a "Beth Young," the defendant—while engaging in sexually explicit conversations with that individual. I am also aware that, during these conversations, the user of Phone-1 identified Victim-1 as a child to whom he had access and specified his relationship to the child.

9.      Among other things, the material I reviewed reveals communications on or about April 14, 2026, via a social media application ("Social Media Application-1"), between Phone-1 and an individual identified in Social Media Application-1 as "Beth Young" (the "Beth Young Account"). These communications with the Beth Young Account include the following, in part:

a. In a message on April 14, 2026 at approximately 1:56 p.m., Phone-1 sent the Beth Young Account an image of Victim-1, to which Beth Young responded "Put your dick in its face[.]"

b. At approximately 2:01 p.m., Phone-1 sent an image in which Victim-1 is visible in the background, and a man's erect penis occupies the foreground. The Beth Young Account said, "Look at the Lil one just staring at you," to which Phone-1 replied, "Should I take it closer[?]" The Beth Young Account responded, "Yes[.] But becareful the door is open hun[.]"

c. At approximately 2:03 p.m., Phone-1 asked "Now what," to which the Beth Young Account responded, "Take a pic of my pedo dick in front of the babies face[.]" In response, Phone-1 transmitted two images to the Beth Young Account. The first image depicted Victim-1 with the user of Phone-1's erect penis in Victim-1's hand. The second image depicted the user of Phone-1's erect penis touching Victim-1's face.

d. At approximately 2:04 p.m., the Beth Young Account responded, "Look at that smile[.] Mmm yes baby[.] Wonder if he would try to put his mouth on it." Approximately one minute later, after the user of Phone-1 advised Beth Young that Victim-1 is female, the Beth Young Account wrote, "Well see if she would put her mouth on it." The Beth Young Account then responded directly to the image of an erect penis touching Victim-1's face, described above, and said "That look on her face is priceless I love it."

e. At approximately 2:08 p.m., Phone-1 transmitted to the Beth Young Account a video depicting the user of Phone-1 forcing his erect penis into Victim-1's mouth, smacking Victim-1's face and mouth with his erect penis, and masturbating his erect penis against Victim-1's face and mouth. In response, the Beth Young Account wrote, "Yes make her take that dick baby[.] Mmmm fuck im getting horny now boo."

f. At approximately 2:12 p.m., Phone-1 transmitted to the Beth Young Account a video that depicts the user of Phone-1 straddling Victim-1, while Victim-1 is laying on a bed. During the video, the user of Phone-1 masturbates his erect penis against Victim-1's face and mouth and forces his erect penis into Victim-1's mouth. In response to the video, the Beth Young Account wrote, "Mmm fuck yea I should be there holding her that way she could look away[.] Fuck we gonna have so much fun I can see it now."

g. Between approximately 2:47 p.m. and approximately 2:54 p.m., Phone-1 and the Beth Young Account exchanged the following messages:

  i. Phone-1: "Did you like what you seen just now[?]"

  ii. Beth Young Account: "Hell yeah."

  iii. Phone-1: "Good[.] What else did you want to see me do[?]"

3

iv.  Beth Young Account: "I was hoping to see you cum on her."

v.  Phone-1: "Oh lol[.] That's all[?]"

vi.  Beth Young Account: "No I wanted to see you fuck the shit out of her like fr fr."

vii.  Phone-1: "I wanted to[.] Her mom sent one of the older kids up to get her when she started crying[.] I'm still hard af."

10.    Based on my review of records obtained from Social Media Application-1, I am aware that the Beth Young Account is associated with a credit card in the name of BETH SAIERS, a/k/a "Beth Young," the defendant.

11.    Based on my review of communications between Phone-1 and the Beth Young Account, I am aware of the following:

a.  On or about April 13, 2026, the Beth Young Account sent an email address to Phone-1 that included, in part, the name "bsaiers."

b.  On or about April 5, 2026, the Beth Young Account sent an image to Phone-1 that appears to depict the user of the Beth Young Account ("Beth Young Image-1").

12.    Based on my review of images of BETH SAIERS, a/k/a "Beth Young," the defendant, obtained from law enforcement databases, I believe that the individual depicted in Beth Young Image-1 is SAIERS.

13.    Based on all of the above, I believe that BETH SAIERS, a/k/a "Beth Young," the defendant, was the user of the Beth Young Account and was the person who conspired with the user of Phone-1 to take sexually explicit photos of Victim-1, and who received said photos from the user of Phone-1.

4

WHEREFORE, I respectfully request that a warrant be issued for the arrest of BETH SAIERS, a/k/a "Beth Young," the defendant, and that she be arrested, and imprisoned or bailed, as the case may be.

Matthew Tunney
Task Force Officer
Federal Bureau of Investigation

Sworn to before me this 21st day of April, 2026.

THE HONORABLE ANDREW E. KRAUSE
United States Magistrate Judge
Southern District of New York

5