UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

BETH SAIERS,
    a/k/a "Beth Young,"

                Defendant.

**INDICTMENT**

26 Cr. 162

## COUNT ONE
### (Sexual Exploitation of a Child)

The Grand Jury charges:

1.      On or about April 14, 2026, in the Southern District of New York and elsewhere, BETH SAIERS, a/k/a "Beth Young," the defendant, employed, used, persuaded, induced, enticed, and coerced a minor to engage in sexually explicit conduct, and attempted and conspired to do so, for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed, and the visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction was actually transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed, to wit, SAIERS, while in Pennsylvania, directed an individual in Putnam County, New York, to engage in sexually explicit conduct with an infant ("Victim-1"), photograph and video record the conduct, and transmit, in real-time, the photos and video of Victim-1 over the

Internet to SAIERS.

(Title 18, United States Code, Section 2251(a) and (e).)

## COUNT TWO
### (Receipt of Child Pornography)

The Grand Jury further charges:

2.      On or about April 14, 2026, in the Southern District of New York and elsewhere, BETH SAIERS, a/k/a "Beth Young," the defendant, knowingly received and distributed material that contained child pornography using a means and facility of interstate and foreign commerce and that had been mailed and had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit, SAIERS requested and knowingly received files containing sexually explicit images of Victim-1, an infant, from an adult male in Putnam County, New York, via a social media application.

(Title 18, United States Code, Sections 2252A(a)(2)(B) and (b)(1).)

## FORFEITURE ALLEGATION

3.      As a result of committing the offenses alleged in Count One and Count Two of this Information, BETH SAIERS, a/k/a "Beth Young," the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and all property, real and personal, constituting or traceable to gross profits or other proceeds obtained from said offenses and any and all property, real or personal, used or intended to be used to commit or promote the commission of said offenses or traceable to such property, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offenses.

2

## Substitute Assets Provision

4.      If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

      a.      cannot be located upon the exercise of due diligence;

      b.      has been transferred or sold to, or deposited with, a third person;

      c.      has been placed beyond the jurisdiction of the Court;

      d.      has been substantially diminished in value; or

      e.      has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 2253;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

FOREPERSON

JAY CLAYTON
United States Attorney

3