Federal Defenders
OF NEW YORK, INC.

Southern District
81 Main Street, Suite 124
White Plains, NY 10601
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

October 16, 2026

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Beth Saiers*, 26 Cr. 162 (KMK)

Dear Judge Karas:

I am writing to request an adjournment of Ms. Saiers' upcoming status conference scheduled for October 22, 2026. This adjournment will give the parties additional time to reach a pretrial resolution.

Given the nature and complexity of this case, I intend to submit a mitigation package to the Government. To that end, my office has retained an expert to examine Ms. Saiers and the expert needs more time to complete the report.

I have discussed this requested adjournment with AUSA Marcia Cohen and she has no objection. The parties are available the week of December 14, 2026, or the week of January 4, 2027.

Sincerely,

Sungso Lee

cc: AUSA Marcia Cohen
AUSA Jake Sidransky

Granted. The conference is adjourned to 1/12/27, at 3:30
Time is excluded until then, in the interests of justice, to allow Ms. Saiers to submit a mitigation presentation to the Government. The interests of justice from this exclusion outweigh Ms. Saiers' and the public's interests in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

So Ordered.

10/16/26